**660**

PER CURIAM:

Phillip E. Boose, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boose v. O'Brien,* No. 7:10–cv–00286–gec–mfu, 2010 WL 2640333 (W.D.Va. June 30, 2010). Boose's motion for an evidentiary hearing is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas Paz, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Paz v. O'Brien,* No. 7:10–cv–00304–jlk–mfu, 2010 WL 2927430 (W.D.Va. July 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Nicholas PAZ, Petitioner–Appellant,**

v.

**Terry O'BRIEN, Respondent–Appellee.**

No. 10–7088.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 26, 2011.

Nicholas Paz, Appellant Pro Se.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Malik Abdhul NELSON, Defendant–Appellant.**

No. 10–7008.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 26, 2011.